

FILED
DEC 03 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>JOSE GUADALUPE NAVA-SANCHEZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 15CR2066-LAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND COMMITMENT OF DEFENDANT FOR TREATMENT** |

Defendant Jose Guadalupe Nava-Sanchez's counsel appeared before Magistrate Judge Jill Burkhardt and argued to her that Nava-Sanchez was not competent to stand trial. Judge Burkhardt held a hearing and issued a report and recommendation (Docket no. 17), finding Nava-Sanchez was not competent to stand trial, and ordering that any objections be filed within 14 days. The objection period has passed, and no objections have been filed.

Judge Burkhardt's recommendations are potentially dispositive and the Court will treat them as such. *See United States v. Rivera-Guerrero*, 377 F.3d 1064, 1070 (9th Cir. 2004). A district court has jurisdiction to review such a report and recommendation Fed. R. Crim. P. 59(b)(3). The Court considers any timely objections, and conducts a de novo review of all issues objected to. *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court reviews de novo those portions of the R&R to which specific written

objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *Id.*

The Court has reviewed the report and recommendation, finds it correct, **ADOPTS** it, and **ORDERS AS FOLLOWS**:

1. The Court finds Nava-Sanchez incompetent to stand trial.

2. Nava-Sanchez is committed to the custody of the Attorney General for hospitalization at the Federal Medical Facility in Springfield, Missouri or Butner, North Carolina, pursuant to 18 U.S.C. 4241(d).

3. Nava-Sanchez must be transported within 14 days of the date this order is signed. The U.S. Attorney's office in this District is to check with the U.S. Marshals Service and to promptly notify the Court to confirm when Nava-Sanchez has been transported as ordered. If for any reason Nava-Sanchez is not transported within 14 days, the U.S. Attorney's Office is to notify the Court of that fact.

3. The Director of the facility shall send a report to counsel and Judge Burns' chambers by **March 25, 2016**.

4. The period of commitment shall expire on **April 1, 2016**.

5. At the expiration of the commitment period, Nava-Sanchez shall be transferred to the Southern District of California unless he is not found to be restorable.

6. If Nava-Sanchez is not found to be restored to competency at the end of the treatment period, then:

    a. He is to be kept at the treating facility. *See* 18 U.S.C. § 4246;

    b. A copy of the certification as to safety shall be provided to the Southern District of California, the district of arrest; and

    c. The Attorney General's Office shall proceed as appropriate in the district where Nava-Sanchez is housed at that time.

7. If medical professionals at the treatment facility determine that Nava-Sanchez must be involuntarily medicated as part of the evaluation process, then prior to any

1 | request for court-ordered involuntary medication under *Sell v. United States*, 539 U.S.
2 | 166 (2003) they shall first conduct an administrative hearing pursuant to *Washington v.*
3 | *Harper*, 494 U.S. 210 (1990) and 28 C.F.R. § 549.43 to determine whether involuntary
4 | medication is warranted because Nava-Sanchez is a danger to himself or others. *See United*
5 | *States v. Hernandez-Vasquez*, 513 F.3d 908, 914–15 (9th Cir. 2008).

6 |     8. This matter is to be set for a status hearing before District Judge Larry Alan Burns
7 | on **April 11, 2016 at 2:00 P.M.**.

9 | **IT IS SO ORDERED.**
10 | DATED: 12-3-15

*Larry A. Burns* (signature)

**HONORABLE LARRY ALAN BURNS**
United States District Judge